**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02806-REB-MEH

GARY ADLER,

    Plaintiff,

v.

AMERICAN HOME MORTGAGE SERVICING, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Notice of Voluntary Dismissal** [#11][1] filed January 5, 2012.  After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal** [#11] filed January 5, 2012, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated January 6, 2012, at Denver, Colorado.

                                                     BY THE COURT:

                                                     */s/ Bob Blackburn*
                                                     Robert E. Blackburn
                                                     United States District Judge

---

[1] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.